United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12421-mdc |
| Woon Yong Lee | Chapter 7 |
| Ae Kyung Lee | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 03, 2021 | Form ID: 309A | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Woon Yong Lee, Ae Kyung Lee, 134 Plymouth Road, Apt. 1101, Plymouth Meeting, PA 19462-1453 |
| 14633816 | + | AES/PNC BANK, POB 61047, HARRISBURG, PA 17106-1047 |
| 14633814 | + | AES/PNC BANK, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14633819 | + | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBIURG, PA 17105-2461 |
| 14633818 | + | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14633821 | + | AMERICAN EDUCATION SERVICES, POB 61047, HARRISBURG, PA 17106-1047 |
| 14633820 | + | AMERICAN EDUCATION SERVICES, 2500 BROADWAY, HELENA, MT 59601-4901 |
| 14633830 | + | Andrew Bongiovanni, Esq., 10059 Sandmeyer Lane, Philadelphia, PA 19116-3501 |
| 14633861 | + | COSTCO ANYWHERE VISA CARD, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |
| 14633860 | + | COSTCO ANYWHERE VISA CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14633867 | + | DITECH, PO BOX 6172, RAPID CITY, SD 57709-6172 |
| 14633866 | + | DITECH, ATTN: BANKRUPTCY, PO BOX 6172, RAPID CITY, SD 57709-6172 |
| 14633869 | + | DSNB BLOOMINGDALES, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14633872 | + | FIRSTMARK SERVICES, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 14633870 | + | FIRSTMARK SERVICES, ATTN: BANKRUPTCY DEPT., PO BOX 82522, LINCOLN, NE 68501-2522 |
| 14633879 | + | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14633881 | + | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 14633880 | + | MARINER FINANCE, ATTN: BANKRUPTCY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14633813 | + | MARTIN MACGREGOR, 10059 Sandmeyer Lane, Philadelphia, PA 19116-3501 |
| 14633891 | + | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14633893 | + | SOUTH CAROLINA STUDENT LOAN, POB 102405, COLUMBIA, SC 29224-2405 |
| 14633892 | + | SOUTH CAROLINA STUDENT LOAN, ATTN: BANKRUPTCY, PO BOX 102405, COLUMBIA, SC 29224-2405 |
| 14633904 | + | Westnor, L.P., 10059 Sandmeyer Lane, Philadelphia, PA 19116-3501 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bestcasestephen@gmail.com | Sep 03 2021 23:30:00 | STEPHEN MATTHEW DUNNE, Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102, U.S.A. |
| tr | + | EDI: FGARYFSEITZ.COM | Sep 04 2021 03:33:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 03 2021 23:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 04 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

| District/off: 0313-2 | User: admin | | Page 2 of 5 |
|---|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: 309A | | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2021 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 03 2021 23:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 03 2021 23:30:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14633822 | + | EDI: AMEREXPR.COM | Sep 04 2021 03:33:00 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14633826 | + | EDI: AMEREXPR.COM | Sep 04 2021 03:33:00 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14633831 | | EDI: BANKAMER.COM | Sep 04 2021 03:33:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 14633833 | | EDI: BANKAMER.COM | Sep 04 2021 03:33:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998 |
| 14633832 | + | EDI: BANKAMER.COM | Sep 04 2021 03:33:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14633834 | + | EDI: BANKAMER.COM | Sep 04 2021 03:33:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14633835 | + | EDI: CAPITALONE.COM | Sep 04 2021 03:33:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14633836 | + | EDI: CAPITALONE.COM | Sep 04 2021 03:33:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14633838 | + | EDI: CAPITALONE.COM | Sep 04 2021 03:33:00 | CAPITAL ONE/BOSCOVS, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14633837 | + | EDI: CAPITALONE.COM | Sep 04 2021 03:33:00 | CAPITAL ONE/BOSCOVS, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14633844 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14633843 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14633846 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14633845 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14633849 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | CITICORP CREDIT SERVICES, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 14633847 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | CITICORP CREDIT SERVICES, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, ST. LOUIS, MO 63179-0040 |
| 14633853 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2021 23:30:00 | CITIZENS BANK, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604-4725 |
| 14633852 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2021 23:30:00 | CITIZENS BANK, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14633851 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2021 23:30:00 | CITIZENS BANK, ONE CITIZENS DRIVE, MS: ROP 15B, RIVERSIDE, RI 02915 |

Case 21-12421-mdc    Doc 8    Filed 09/05/21    Entered 09/06/21 00:35:06    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: 309A | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| 14633856 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2021 23:30:00 | CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14633854 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2021 23:30:00 | CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14633859 | + | EDI: WFNNB.COM | Sep 04 2021 03:33:00 | COMENITY BANK/VICTORIA SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14633858 | + | EDI: WFNNB.COM | Sep 04 2021 03:33:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14633862 | + | EDI: DISCOVERSL.COM | Sep 04 2021 03:33:00 | DISCOVER STUDENT LOANS, ATTN: BANKRUPTCY, PO BOX 30948, SALT LAKE CITY, UT 84130-0948 |
| 14633864 | + | EDI: DISCOVERSL.COM | Sep 04 2021 03:33:00 | DISCOVER STUDENT LOANS, POB 30948, SALT LAKE CITY, UT 84130-0948 |
| 14633868 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 14633878 | + | EDI: CITICORP.COM | Sep 04 2021 03:33:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 7 WEST SEVENTH STREET, CINCINNATI, OH 45202 |
| 14633875 | + | EDI: HY11.COM | Sep 04 2021 03:33:00 | HYUNDAI MOTOR FINANCE, ATTN: BANKRUPTCY, PO BOX 20829, FOUNTAIN VALLEY, CA 92728-0829 |
| 14633876 | | EDI: HY11.COM | Sep 04 2021 03:33:00 | HYUNDAI MOTOR FINANCE, 10550 TALBERT AV, FOUNTAIN VALLEY, CA 92708 |
| 14633877 | | EDI: IRS.COM | Sep 04 2021 03:33:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14633839 | | EDI: JPMORGANCHASE | Sep 04 2021 03:33:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14633841 | | EDI: JPMORGANCHASE | Sep 04 2021 03:33:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14633882 | + | EDI: NAVIENTFKASMSERV.COM | Sep 04 2021 03:33:00 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARR, PA 18773-9640 |
| 14633883 | + | EDI: NAVIENTFKASMSERV.COM | Sep 04 2021 03:33:00 | NAVIENT, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 14633884 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 03 2021 23:30:00 | NELNET, ATTN: BANKRUPTCY CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14633885 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 03 2021 23:30:00 | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14633887 | + | Email/Text: bnc@nordstrom.com | Sep 03 2021 23:30:26 | NORDSTROM FSB, 13531 E. CALEY AVE, ENGLEWOOD, CO 80111-6505 |
| 14633886 | + | Email/Text: bnc@nordstrom.com | Sep 03 2021 23:30:26 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 14633888 | + | Email/Text: bnc@nordstrom.com | Sep 03 2021 23:30:26 | NORDSTROM SIGNATURE VISA, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 14633889 | + | Email/Text: bnc@nordstrom.com | Sep 03 2021 23:30:26 | NORDSTROM SIGNATURE VISA, 13531 E. CALEY AVE, ENGLEWOOD, CO 80111-6505 |
| 14633890 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 03 2021 23:30:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14633895 | + | EDI: RMSC.COM | | |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: 309A | Total Noticed: 79 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 04 2021 03:33:00 | SYNCHRONY BANK/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14633894 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14633896 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14633897 | + | EDI: RMSC.COM | Sep 04 2021 03:33:00 | SYNCHRONY BANK/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 14633900 | + | EDI: TFSR.COM | Sep 04 2021 03:33:00 | TOYOTA FINANCIAL SERVICES, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 14633901 | + | EDI: TFSR.COM | Sep 04 2021 03:33:00 | TOYOTA FINANCIAL SERVICES, TWO WALNUT GROVE DR, HORSHAM, PA 19044-2219 |
| 14633898 | | EDI: TFSR.COM | Sep 04 2021 03:33:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 14633903 | + | Email/Text: dbogucki@trumark.org | Sep 03 2021 23:31:30 | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14633902 | + | Email/Text: dbogucki@trumark.org | Sep 03 2021 23:31:30 | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14633817 | *+ | AES/PNC BANK, POB 61047, HARRISBURG, PA 17106-1047 |
| 14633815 | *+ | AES/PNC BANK, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14633823 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14633824 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14633825 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14633827 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14633828 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14633829 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14633850 | *+ | CITICORP CREDIT SERVICES, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 14633848 | *+ | CITICORP CREDIT SERVICES, CITICORP CREDIT SRVS/CENTRALIZED BANKRUP, PO BOX 790040, ST. LOUIS, MO 63179-0040 |
| 14633857 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, 1 CITIZENS DR, RIVERSIDE, RI 02915 |
| 14633855 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 14633863 | *+ | DISCOVER STUDENT LOANS, ATTN: BANKRUPTCY, PO BOX 30948, SALT LAKE CITY, UT 84130-0948 |
| 14633865 | *+ | DISCOVER STUDENT LOANS, PO BOX 30948, SALT LAKE CITY, UT 84130-0948 |
| 14633873 | *+ | FIRSTMARK SERVICES, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 14633871 | *+ | FIRSTMARK SERVICES, ATTN: BANKRUPTCY DEPT., PO BOX 82522, LINCOLN, NE 68501-2522 |
| 14633840 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14633842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14633899 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 14633905 | *+ | Westnor, L.P., 10059 Sandmeyer Lane, Philadelphia, PA 19116-3501 |
| 14633874 | ##+ | Harleysville Preferred Insurance Company, 355 Maple Avenue, Harleysville, PA 19438-2222 |

TOTAL: 0 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 03, 2021 | Form ID: 309A | Total Noticed: 79 |

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021          Signature:          /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Woon Yong Lee<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2674<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Ae Kyung Lee<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1429<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7    9/2/21 |
| Case number: | 21–12421–mdc | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Woon Yong Lee | Ae Kyung Lee |
| 2. | **All other names used in the last 8 years** | dba Lee's Best Dry Cleaners And Laundry | |
| 3. | **Address** | 134 Plymouth Road, Apt. 1101<br>Plymouth Meeting, PA 19462 | 134 Plymouth Road, Apt. 1101<br>Plymouth Meeting, PA 19462 |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN MATTHEW DUNNE<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>U.S.A. | Contact phone 215–551–7109<br>Email: bestcasestephen@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, PA 19103 | Contact phone 215–238–0011<br>Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Woon Yong Lee** and **Ae Kyung Lee**                                                                                       Case number **21−12421−mdc**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office −− 8:30 A.M. to 5:00 P.M; Reading Office −− 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408−2800<br><br>Date: 9/3/21 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 7, 2021 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call−in information.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/6/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                                   page **2**